**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SUSAN RICHARD NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-MJ-421 SRN |
| | ) | Date: August 15, 2007 |
| Rogelio Espinoza-Lopez, | ) | Court Reporter: |
| | ) | Tape Number: |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:05 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney

Defendant: Andrea George ☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: Amy Johnson / Spanish

Date Charges Filed: 12-21-01 Offense: Illegal Entry into United States
☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**

Next appearance date is **8-20-07 at 10:30 a.m. Courtroom 9E** before U.S. Magistrate Judge Susan Richard Nelson for: ☒ **final revocation hearing** ☐ preliminary hrg ☐ arraignment ☐ removal hrg

☐ Detention hearing waived ☐ Preliminary hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/ Beverly Riches
Signature of Judicial Assistant