**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,** **Case No. 01-MJ-421 SRN**

**Plaintiff,**

**v.** **ORDER FOR FINAL REVOCATION HEARING**

**Rogelio Espinoza-Lopez,**

**Defendant.**

---

It is hereby ORDERED that a Final Revocation Hearing is set for August 20, 2007, at 10:30 a.m. before Magistrate Judge Susan Richard Nelson, in Courtroom 9E, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: August 15, 2007

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge