**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Rogelio Espinoza-Lopez, )
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

Case No: 01-MJ-421 SRN
Date: August 20, 2007
Court Reporter: Kristine Mousseau
Tape Number:
Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.
Time in Court: 30 Minutes

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Andrea George ☒ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: Amy Johnson / Spanish

## PROCEEDINGS:

☒ **Revocation of Probation - Final Hearing.**
☒ Defendant admits violations. ☐ Defendant denies allegations.

## ORDERED:

☒ Probation revoked.
☒ Sentenced to TIME SERVED.
☒ No supervision to follow.
☒ Marshal Service will release to ICE detainer.
☒ No Probation term to follow.

s/ Beverly Riches
Signature of Judicial Assistant