A0 442 (Rev. 5/93) Warrant for Arrest

ORIGINAL

RECEIVED
AUG 17 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DEC 21 3 15 PM '01
RECEIVED
U.S. MARSHAL
ST PAUL, MINN.

***UNITED STATES DISTRICT COURT***
***DISTRICT OF MINNESOTA***

UNITED STATES OF AMERICA

V.

ROGELIO ESPINOZA-LOPEZ

## WARRANT FOR ARREST

CASE NUMBER: **MG 01-421 SRN**
0241-1221-0145-B

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rogelio Espinoza-Lopez
*address unknown, possibly Faribault area*

and bring him or her forthwith to the nearest magistrate judge to answer a PETITION AND ORDER

charging him or her with VIOLATION OF SUPERVISED RELEASE

Ordered by Susan Richard Nelson, United States District Court Magistrate Judge

DEC 26 10 36 AM '01
RECEIVED
U.S. MARSHAL
MPLS., MINN.

(By) Patricia J. Sabin, Deputy Clerk

December 21, 2001 - St. Paul, Minnesota

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ________________ Signature of Arresting Officer ________________

ARRESTED ON 8-14-07
ARRESTED BY USMS-MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ____________________________________________

SCANNED
AUG 23 2007
U.S. DISTRICT COURT ST. PAUL

n:/.../warrant.frm