Case 0:01-mj-00421-SRN Document 12 Filed 08/20/2007 Page 1 of 2

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

USM
time Served - Released
to ICE detainer
8/20/07

# United States District Court

**District of Minnesota**

2007 AUG 21 A 10: 34

UNITED STATES OF AMERICA
v.

**Rogelio Espinoza-Lopez**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation)
Case Number: **01-MJ-421(SRN)**
USM Number: 13452-041
Social Security Number: **None**
Date of Birth: **1973**

RECEIVED
U.S. MARSHAL

**RECEIVED**
SEP 07 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Andrea George**
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of a **Special Condition** of the term of probation
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Illegal Entry into United States | 10/30/2001 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**August 20, 2007**
Date of Imposition of Judgment

s/ Susan Richard Nelson
Signature of Judge

**SUSAN R. NELSON,** United States Magistrate Judge
Name & Title of Judge

**August 20, 2007**
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 8/20/07
in the United States District Court
for the District of Minnesota.
CERTIFIED 8/30, 2007
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
SEP 10 2007
U.S. DISTRICT COURT ST. PAUL

DEFENDANT: ROGELIO ESPINOZA-LOPEZ
CASE NUMBER: 01MJ421(SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED with no supervision to follow**. **U.S. Marshal Service will release defendant to ICE detainer.**

[] The court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on ________________ to ________________________

at ____________________, with a certified copy of this judgment.

________________________
United States Marshal

By ________________________
Deputy United States Marshal